**Appeal Dismissed and Memorandum Opinion filed April 27, 2021.**



In The

# Fourteenth Court of Appeals

## NO. 14-20-00167-CV

## ALANNA DIANE ALLEN, Appellant

## V.

## CVMF GROUP LLC, Appellee

**On Appeal from County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1146178**

## MEMORANDUM OPINION

This is an appeal from a final judgment February 19, 2020. Appellant's brief was due March 5, 2021. No brief or motion to extend time to file the brief was filed.

On March 18, 2021, the court ordered appellant to file a brief by April 5, 2021. We cautioned that if appellant failed to comply with our order, we would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). No brief or motion to extend time to file the brief has been filed.

Therefore, the appeal is dismissed.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.